In the Matter of CITY SERVICE CLEANING CONTRACTORS, INC., Petitioner, against FRANK VANZO, Respondent.

Supreme Court, Special Term, New York County, December 28, 1942.

*Irving E. Epstein* for petitioner.

*Sheehan & Harold* for respondent.

BERNSTEIN, J. Motion for an order directing an arbitration of alleged disputes and staying the respondent from proceeding with his action in the Municipal Court of the City of New York is denied. The action in the Municipal Court has been brought under the provisions of the Fair Labor Standards Act of 1938 (U. S. Code, tit. 29, § 201 *et seq.*), and cannot be restrained by reason of a contract compelling arbitration. Arbitration is a remedial right, while the right of suit under the Fair Labor Standards Act is a substantive right. (*Voutrey* v. *General Baking Co.,* 39 F. Supp. 974; *Matter of Berkovitz* v. *Arbib & Houlberg, Inc.,* 230 N. Y. 261.)